IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COACH, INC. and COACH SERVICES, INC.,

              Plaintiffs,

v.

CARLA'S FASHIONS a/k/a CARLA'S
FASHIONS & MORE, CARLA WILSON,
individually and d/b/a FASHION WEAR, and
DOES 1 through 100,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Case No. 6:13-cv-03143-BCW**

**JURY TRIAL DEMANDED**

### PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs Coach, Inc. and Coach Services, Inc. ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismiss the above-captioned action in its entirety without prejudice, with all parties to bear their own costs and attorney's fees. In support of this notice, in accordance with Rule 41(a)(1)(A)(i), Plaintiffs note that none of the defendants have served an answer or a motion for summary judgment.

Dated: May 6, 2014

              Respectfully submitted,

              BRYAN CAVE LLP

              By: /s/ *Timothy J. Davis*
              Timothy J. Davis, MO #62837
              1200 Main Street, Suite 3800
              Kansas City, Missouri 64105
              Tel: (816) 374-3200
              Fax: (816) 374-3300

Jason A. Kempf, MO #59897
                    211 North Broadway, Suite 3600
                    St. Louis, MO 63102-2750
                    Tel: (314) 259-2000
                    Fax: (314) 259-2020

                    *Attorneys for Coach, Inc.
                    and Coach Services, Inc.*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on this 6th day of May, 2014 with the Court's electronic filing system, which sent electronic notice of this filing to all counsel of record. The undersigned further certifies that hard copies were served on May 6, 2014 via US Mail on the following parties not receiving notice through the Court's electronic filing system:

Defendant Carla Wilson, individually and
d/b/a Fashion Wear
1610 E. Kerr
Springfield, MO 65803

*Pro Se*

                    By: _s/ Timothy J. Davis___

2